896

No. 560, Misc.   SMART v. HEINZE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 561, Misc.   RATHER v. MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 565, Misc.   BALES v. HEINZE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 578, Misc.   TURPIN v. MAXWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 585, Misc.   HADDAD v. UNITED STATES.   C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 588, Misc.   EDWARDS v. WARDEN, MARYLAND PENITENTIARY.   Ct. App. Md.   Certiorari denied.

No. 2, Misc.   MILNE v. MILNE.   Ct. App. Md.   Certiorari denied on the representation of the Attorney General of Maryland that there may be an adequate state remedy available to petitioner. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Edward L. Blanton, Jr.,* Assistant Attorney General, filed a brief expressing the views of the State of Maryland.

No. 526, Misc.   SNELL v. ALABAMA.   Sup. Ct. Ala. Motion to strike brief of respondent denied.   Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.